IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LARRY RAFIQ SAMUELS,<br>    Plaintiff,<br><br>  v.<br><br>SUPERINTENDENT M. OVERMYER,<br>et al.,<br>    Defendants. | C.A. No. 21-324 Erie<br><br>District Judge Susan Paradise Baxter<br>Magistrate Judge Richard A. Lanzillo |

## MEMORANDUM ORDER

  This action was commenced by Plaintiff's filing of a *pro se* civil rights complaint accompanied by a motion for leave to proceed *in forma pauperis* ("ifp motion") [ECF No. 1], on November 19, 2021. This matter was referred to United States Magistrate Judge Richard A. Lanzillo, for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. §636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

  On January 24, 2022, Plaintiff filed a motion for injunctive relief requesting an "emergency transfer" to another institution and a "z-code" custody designation [ECF No. 8]. Plaintiff claims that he requires the relief requested because he fears retaliation from SCI-Forest staff.

  On February 3, 2022, Judge Lanzillo issued a Report and Recommendation ("R&R") recommending that Plaintiff's motion for injunctive relief be denied because he has failed to demonstrate either a likelihood of success on the merits or irreparable harm [ECF No. 11]. Objections to the R&R were due to be filed by February 22, 2022; however, no objections have been received to date.

After *de novo* review of Plaintiff's motion and other documents in the case, together with the report and recommendation, the following order is entered:

AND NOW, this 6th day of April, 2022;

IT IS HEREBY ORDERED that Plaintiff's motion for injunctive relief [ECF No. 8] is DENIED. The report and recommendation of Magistrate Judge Lanzillo, issued February 3, 2022 [ECF No. 11], is adopted as the opinion of the court.

                                                */s/ Susan Paradise Baxter*
                                                SUSAN PARADISE BAXTER
                                                United States District Judge

cc:      The Honorable Richard A. Lanzillo
          United States Magistrate Judge